# Third District Court of Appeal

## State of Florida

Opinion filed January 24, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1879
Lower Tribunal No. F13-11161
_____

**Jose Angel Patlan,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Jose Angel Patlan, in proper person.

Ashley Moody, Attorney General, and Richard L. Polin, Assistant Attorney General, for appellee.

Before FERNANDEZ, SCALES, and MILLER, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Walden v. State</u>, 112 So. 3d 578, 580 (Fla. 4th DCA 2013) ("[E]rrors in the assessment of costs . . . are not subject to correction through rule 3.800(a)."); <u>Branch v. State</u>, 322 So. 3d 209, 210 (Fla. 1st DCA 2021) ("[C]hallenges to . . . the procedure employed by the court when imposing fines and costs . . . are not challenges to an 'illegal sentence' correctable under rule 3.800(a)."); <u>Blakley v. State</u>, 746 So. 2d 1182, 1186-87 (Fla. 4th DCA 1999) ("To be illegal within the meaning of rule 3.800(a)[,] the sentence must impose a kind of punishment that no judge under the entire body of sentencing statutes could possibly inflict under any set of factual circumstances."); <u>see also</u> <u>Hoffman v. State</u>, 413 So. 2d 150, 151 (Fla. 4th DCA 1982) ("[Florida Rules of Civil Procedure do] not apply to a criminal proceeding in a circuit court . . . [or to] appellate proceedings in the circuit court.").